JINNY KIM (CAL. SBN 208953)
RACHAEL LANGSTON (CAL. SBN 257950)
ALEXIS ALVAREZ (CAL. SBN 281377)
THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:    (415) 864-8848
Facsimile:     (415) 593-0096
Email:          jkim@las-elc.org
                   rlangston@las-elc.org
                   aalvarez@las-elc.org

Attorneys for Plaintiff
Richard Pelz

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PELZ,<br><br>        Plaintiff,<br><br>    v.<br><br>LANDRY'S, INC., a Delaware corporation; MORTON'S RESTAURANT GROUP, INC., a Delaware corporation; MORTON'S OF CHICAGO/SAN FRANCISCO, INC., a Delaware corporation,<br><br>        Defendants. | No. 4:15-cv-00537 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 5, 2015 CASE MANAGEMENT CONFERENCE** |

      The Parties in the above-entitled action jointly submit this Stipulation and Proposed Order and request the Court to adopt it as the Order in this case.

      WHEREAS, this Court scheduled the Initial Case Management Conference in the above referenced matter for June 5, 2015 at 11:00 a.m.;

      WHEREAS, lead counsel for Plaintiff, Jinny Kim, will be out-of-state from May 30, 2015 through June 12, 2015 due to a family gathering, which was previously scheduled in January 2015 (*see* Declaration of Jinny Kim in support of Joint Stipulation (hereinafter "Kim Decl."), ¶ 4);

1  WHEREAS, the Parties have agreed to continue the Case Management Conference to June 19, 2015 at 11:00 a.m. or to an alternate date and time convenient to the Court (Kim Decl. at ¶ 5);

THEREBY, the Parties stipulate to and respectfully request a continuance of the upcoming Case Management conference from June 5, 2015 to June 19, 2015 or as soon thereafter as is practicable.

Dated: May 22, 2015        Respectfully submitted,

Jinny Kim
Rachael Langston
Alexis Alvarez

LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER


By:   /s/ Rachael Langston
RACHAEL LANGSTON
Attorneys for Plaintiff Richard Pelz

Dated: May 22, 2015        Janet Grumer
Michael Baldock

DAVIS WRIGHT TREMAINE LLP


By:   /s/ Janet Grumer
Janet Grumer
Attorneys for Defendants LANDRY'S, INC., MORTON'S RESTAURANT GROUP, INC., MORTON'S OF CHICAGO/SAN FRANCISCO, INC.

**[PROPOSED] ORDER**

For good cause shown and pursuant to the Stipulation of the Parties, it is hereby ordered that the Case Management Conference will be continued and shall be held on June 19, 2015. The parties shall file a Joint Case Management Conference Statement at least five (5) court days prior to the Conference.

Dated: __May 26__, 2015

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge