1  JINNY KIM, (CAL. SBN 208953)
   RACHAEL LANGSTON (CAL. SBN 257950)
2  ALEXIS ALVAREZ (CAL. SBN 281377)
   THE LEGAL AID SOCIETY - EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA  94104
4  Telephone:    (415) 864-8848
   Facsimile:    (415) 593-0096
5  Email:        jkim@las-elc.org
                 rlangston@las-elc.org
6                aalvarez@las-elc.org

7  Attorneys for Plaintiff
8  Richard Pelz

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PELZ, | No. 4:15-cv-00537-JSW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT IN PRINCIPLE**  AND ORDER THEREON |
| LANDRY'S, INC., a Delaware corporation; MORTON'S RESTAURANT GROUP, INC., a Delaware corporation; MORTON'S OF CHICAGO/SAN FRANCISCO, INC., a Delaware corporation, | |
| Defendants. | |

TO THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE that the parties have reached an agreement to settle this action, pending reducing such agreement to formal writing.

ACCORDINGLY, the parties hereby request that the court ~~either~~ stay ~~or continue for 30 days all pending pre-trial and trial case management deadlines in~~ this action in order to allow the parties to finalize execution of their settlement in principle.

Case No. 4:15-cv-00537-JSW

NOTICE OF SETTLEMENT IN PRINCIPLE

1  Respectfully submitted,

2  Dated: January 22, 2015          Jinny Kim
                                    Rachael Langston
3                                   Alexis Alvarez
4                                   THE LEGAL AID SOCIETY –
                                    EMPLOYMENT LAW CENTER
5
6                                   By:     /s/ Rachael Langston_____
                                            RACHAEL LANGSTON
7                                           Attorney for Plaintiff RICHARD PELZ

8

9  Dated: January 22, 2015          Janet Grumer
                                    DAVIS WRIGHT TREMAINE LLP
10
11                                  By:     /s/ Janet Grumer_____
                                            JANET GRUMER
12                                          Attorney for Defendants
                                            LANDRY'S, INC.;
13                                          MORTON'S RESTAURANT GROUP, INC.;
14                                          MORTON'S OF CHICAGO/SAN
                                            FRANCISCO, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2                          **[PROPOSED] ORDER**
3
4    The Court having considered the parties' joint request and for good cause found, **IT IS SO ORDERED.**
5
6    Date:  January 25, 2016            */s/ Jeffrey S. White*
7                                       The Honorable Jeffrey S. White
                                        United States District Court Judge for the
8                                       Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28